AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, U.S.C. § 13, assimilating Cal. Pen. Code § 314.1 - Indecent Exposure (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Six months jail
$5,000 Fine
$10 Special Assessment

E-filing

**DEFENDANT - U.S.:** KENYATTA TYLER JONES

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER:** CR 08 - 0171

MAG

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any):** Department of Veterans Affairs

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No — If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**Name and Office of Person Furnishing Information on THIS FORM:** Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** Wendy Thomas

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

**Defendant Address:**
641 O'Farrell Street, #32
San Francisco, CA 94103

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KENYATTA TYLER JONES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR No. 08 0171 <br><br> VIOLATIONS: Title 18 United States Code § 13, assimilating California Penal Code § 314.1 - Indecent Exposure (Class B Misdemeanor). <br><br> SAN FRANCISCO VENUE |

MAG

## INFORMATION

The United States Attorney charges:

On or about July 28, 2007, in the Northern District of California, within the boundaries of the United States Department of Veterans Affairs Medical Center, an area under the concurrent jurisdiction of the United States, the defendant,

KENYATTA TYLER JONES,

did willfully and lewdly expose his private parts in a place where there was another person

//
//
//
//

INFORMATION

1  present to be offended and annoyed thereby, in violation of Title 18, United States Code,
2  Section 13, assimilating California Penal Code Section 314.1, a Class B Misdemeanor.
3
4  DATED: March 19, 2008          JOSEPH P. RUSSONIELLO
                                  United States Attorney
5
6
                                  *(signature)*
7                                 KYLE F. WALDINGER
                                  Deputy Chief, Major Crimes Section
8
9  (Approved as to form: *(signature)* )
                          WENDY M. THOMAS
10                        Special Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                       -2-