1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:       (415) 436-6809
7      Fax:  (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )     Case No. CR 08-0171 MAG
                                    )
14     Plaintiff,                   )
                                    )
15     v.                           )     **MOTION FOR SUMMONS**
                                    )
16 KENYATTA TYLER JONES             )
                                    )
17                                  )
       Defendant.                   )
18 ─────────────────────────────────)

19     Based on the facts set forth in the Declaration of Lilian G. Tsang in Support of the United

20 States' Motion for Summons, the United States hereby requests that the Court issue a summons

21 for defendant, Kenyatta Tyler Jones, 300 Hamilton Street, Apt. 102, San Francisco, California,

22 94134. The facts set forth in the Declaration demonstrate that probable cause exists to summon

23 the defendant to answer the Information that has been filed by the United States Attorney.

24                                        Respectfully submitted,

25                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
26

27 Dated:  4/8/08                                    /s/
                                          WENDY THOMAS
28                                        Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0171 MAG