JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENYATTA TYLER JONES,<br><br>    Defendant. | Case No. CR 08-0171 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

    Having reviewed the Declaration of Lilian G. Tsang, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Kenyatta Tyler Jones, 300 Hamilton Street, Apt. 102, San Francisco, California, 94134, to appear on May 7, 2008 at 9:30 a.m. before the Honorable Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

    IT IS SO ORDERED.

Dated: _____    _____
                                                            JAMES LARSON
                                                             United States Magistrate Judge