1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           )   Case No. CR 08-0171 MAG
                                        )
12       Plaintiff,                     )
                                        )
13       v.                             )   [PROPOSED] ORDER FOR SUMMONS
                                        )
14  KENYATTA TYLER JONES,               )
                                        )
15       Defendant.                     )
                                        )
16                                      )
                                        )
17  _____ )

18       Having reviewed the Declaration of Lilian G. Tsang, the Court finds that probable cause
19  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Kenyatta
21  Tyler Jones, 300 Hamilton Street, Apt. 102, San Francisco, California, 94134, to appear on May
22  7, 2008 at 9:30 a.m. before the Honorable Judge Edward M. Chen to answer the Information that
23  has been filed by the United States Attorney.
24
25       IT IS SO ORDERED.
26
27  Dated: April 9, 2008                    _____
                                            JAMES LARSON
28                                          United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-171 MAG