1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney

5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6809
7       Fax:  (415) 436-7234
        Email: wendy.thomas@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   Case No. CR 08-0171 MAG
                                    )
14        Plaintiff,                )
                                    )   **DECLARATION OF LINDA WU IN
15      v.                          )   SUPPORT OF UNITED STATES'
                                    )   MOTION FOR SUMMONS**
16 KENYATTA TYLER JONES,            )
                                    )
17        Defendant.                )
                                    )
18

19    I, Linda Wu, hereby declare as follows:

20    1.  I am a law clerk in the United States Attorney's Office assigned to the prosecution of this

21 case.  I have received the following information from Resident Agent in Charge for the

22 Department of Veterans Affairs, Office of the Inspector General, Michael Seitler ("Seitler"), and

23 from reports and other documents provided to me by the  Department of Veterans Affairs.

24    2.  On July 28, 2007, at approximately 10:00 p.m., Kenyatta Tyler Jones, ("Defendant") was

25 employed by Project Hire as a telephone operator at the United States Department of Veterans

26 Affairs Medical Center in San Francisco.

27    3.  Defendant's co-worker, G.B., came in early to start her shift at Project Hire on July 28,

28

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0171 MAG

2007. G.B. was working with her back facing the defendant and when she turned around, she saw Defendant sitting at his work station chair facing her, masturbating and staring at her. Defendant did not stop masturbating after he had seen G.B. turn around.

4. G.B. immediately told Defendant to stop and leave the room. Defendant complied. A few moments later, Defendant returned to retrieve his shirt and thereafter left the office.

5. G.B. immediately informed the telephone operator supervisor of the incident.

6. On July 29, 2007, G.B. answered a call on the Veterans Affairs operator phone line. A male person rambled incoherently, "Rocky Balboa," "mental illness," and "I am sorry." G.B. asked whether he was Defendant, and the person answered, "Yeah, can I call you on a direct line?" G.B. refused. G.B. again advised her supervisor of the call.

7. On August 29, 2007, Defendant was interviewed by Seitler. Defendant signed a statement admitting to having masturbated in front of G.B. Defendant was remorseful.

8. Seitler forwarded his report and Defendant's statement to the United States Attorney's Office. On March 19, 2008, the United States Attorney's filed an Information charging Defendant with one count of Indecent Exposure, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 314.1, a Class B Misdemeanor.

9. I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed May 8, 2008, at San Francisco, California.

                                                  /s/
                                          LINDA WU
                                          Law Clerk
                                          United States Attorney's Office