1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,           )   Case No. CR 08-0171 MAG
                                         )
12 |        Plaintiff,                   )
                                         )
13 |   v.                                )   **[PROPOSED] ORDER FOR SUMMONS**
                                         )
14 | KENYATTA TYLER JONES,               )
                                         )
15 |        Defendant.                   )
                                         )
16                                       )
                                         )
17

18     Having reviewed the Declaration of Linda Wu, the Court finds that probable cause exists to
19 believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),
20 the Clerk of the Court is directed to issue a Summons directing the defendant, Kenyatta Tyler
21 Jones, 300 Hamilton Street, Apt. 102, San Francisco, California, 94134, to appear on June 13,
22 2008 at 9:30 a.m. before the Honorable Judge Bernard Zimmerman to answer the Information
23 that has been filed by the United States Attorney.
24
25     IT IS SO ORDERED.
26
27 Dated: _____        _____
                                       EDWARD M. CHEN
28                                     United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR  08-0171 MAG