| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| | United States Attorney |
| 2 | |

**FILED**

MAY - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0171 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER FOR SUMMONS |
| KENYATTA TYLER JONES, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Linda Wu, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Kenyatta Tyler Jones, 300 Hamilton Street, Apt. 102, San Francisco, California, 94134, to appear on June 13, 2008 at 9:30 a.m. before the Honorable Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 5/8/08

EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0171 MAG