1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California  94102
      Telephone: (415) 436-6809
7     Facsimile: (415) 436-7234
      E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,         )   Criminal No. CR 08-0171 BZ
                                       )
14 |      Plaintiff,                   )
                                       )
15 |                                   )   **[PROPOSED] ORDER AND**
          v.                           )   **STIPULATION REQUESTING**
16 |                                   )   **CONTINUANCE TO AUGUST 7, 2008**
   KENYATTA TYLER JONES,               )
17 |                                   )
          Defendant.                   )
18 |                                   )
                                       )
19

20
        The parties in this case hereby stipulate that, subject to the court's approval, the above-
21
   captioned matter be continued to August 7, 2008 at 9:30 a.m., or as soon thereafter as the matter
22
   may be heard.  The reason for the stipulation is that the parties are engaged in efforts to resolve
23
   the case but do not anticipate they will be able to do so before the currently scheduled date of
24
   July 9, 2008.
25
   //
26
   //
27

28
   **[PROPOSED[ ORDER AND**
   **STIPULATION FOR CONTINUANCE**
   **CR 08 0171 BZ**

    Both parties are available on the requested date.

    IT IS SO STIPULATED.

DATED: 7/7/08                                                 /s/
                                                          ERIC HAIRSTON
                                                          Counsel for Defendant

DATED: 7/7/08                                                  /s/
                                                          WENDY THOMAS
                                                          Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____                              THE HON. BERNARD ZIMMERMAN
                                                          United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 08 0171 BZ**                                  2