JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 08-0171 BZ |
|    Plaintiff, ) | |
| ) | **[PROPOSED]** ~~**[PROPOSED]**~~ **ORDER AND STIPULATION REQUESTING CONTINUANCE TO AUGUST 7, 2008** |
| v. ) | |
| KENYATTA TYLER JONES, ) | |
|    Defendant. ) | |

     The parties in this case hereby stipulate that, subject to the court's approval, the above-captioned matter be continued to August 7, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard.  The reason for the stipulation is that the parties are engaged in efforts to resolve the case but do not anticipate they will be able to do so before the currently scheduled date of July 9, 2008.

//

//

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 08 0171 BZ**

Both parties are available on the requested date.

IT IS SO STIPULATED.

DATED: 7/7/08                           /s/
ERIC HAIRSTON
Counsel for Defendant

DATED: 7/7/08                           /s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: July 8, 2008

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge



[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 08 0171 BZ                           2