BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Kenyatta Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KENYATTA JONES<br><br>        Defendant. | No.   CR 08-0171 MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION CONTINUING CHANGE OF PLEA FROM AUGUST 7, 2008 TO AUGUST 20, 2008 |

The undersigned parties stipulate as follows:

1. The parties are currently scheduled to appear before the court for a change of plea on August 7, 2008.

2. Mr. Jones has informed his counsel that he has received an offer to work on August 7, while he is scheduled to be in court. Given that Mr. Jones currently lacks steady employment and thus works only when able to find opportunities on a day-to-day basis, missing one day of employment would present a significant hardship for Mr. Jones.

3. Thus, the parties hereby agree and stipulate that the change of plea in this matter shall be

///

///

United States v. Kenyatta Jones  08-0171 MAG
Stipulation and Order

1

1  continued from August 7, 2008 to August 20, 2008. The parties further agree that the Speedy
2  Trial Act is not implicated by the requested continuance, as this matter is a Class B
3  misdemeanor.
4  **IT IS SO STIPULATED**
5  DATED: August 5, 2008                              _____/s/_____
                                                       WENDY THOMAS
6                                                      Assistant United States Attorney

8  DATED: August 5, 2008                              _____/s/_____
                                                       ERIC MATTHEW HAIRSTON
9                                                      Attorney for Defendant

11                                    **[PROPOSED] ORDER**
12      For the foregoing reasons, with the agreement of the parties, and with the consent of the
13  defendant, the Court enters this order continuing the change of plea in this matter from August 7,
14  2008 to August 20, 2008 at 1:30 p.m.
15      **IT IS SO ORDERED.**

18  DATED: August 6, 2008                              _____
                                                       THE HON. BERNARD ZIMMERMAN
19                                                     United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

United States v. Kenyatta Jones  08-0171 MAG
Stipulation and Order
                                          2