AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 13, assimilating Cal. Penal Code § 647(a), Disorderly Conduct (Class B Misdemeanor).

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY: Maximum jail term of six months
Maximum fine of $ 5,000
Mandatory $10 special assessment fee

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ KENYATTA TYLER JONES

DISTRICT COURT NUMBER
CR 08-0171 MAG

FILED AUG 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of Veterans Affairs

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  WENDY M. THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0171 MAG |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 13, assimilating California Penal Code § 647(a) - Disorderly Conduct (Class B Misdemeanor) |
| v. | ) | |
| KENYATTA TYLER JONES, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

SUPERSEDING INFORMATION

The United States Attorney charges:

On or about July 28, 2007, in the Northern District of California, while within the boundaries of an area under the concurrent jurisdiction of the United States, the defendant,

KENYATTA TYLER JONES,

did engage in lewd conduct, in that the defendant exposed his private parts to another person who was present to be offended and annoyed thereby, while in a place that is open to the public, to wit: the United States Department of Veterans Affair Medical Center, in violation

//

SUPERSEDING INFORMATION

1  of Title 18 United States Code, Section, 13, assimilating California Penal Code Section
2  647(a), a Class B Misdemeanor.

4  DATED: 8/5/08

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          GREGORY W. LOWDER
                                          Chief, Major Crimes Section

9  (Approved as to form: _____)
                             WENDY THOMAS
10                          Special Assistant United States Attorney

SUPERSEDING INFORMATION