BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Kenyatta Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>           Plaintiff,                           )<br>                                                             )<br>   v.                                                    )<br>                                                             )<br> KENYATTA JONES,                        )<br>                                                             )<br>           Defendant.                        )<br>_____) | No.  CR 08-0171 MAG<br><br>[PROPOSED] ORDER AND STIPULATION CHANGING SENTENCING DATE FROM NOVEMBER 21, 2008 TO NOVEMBER 14, 2008 |

The undersigned parties stipulate as follows:

1. The parties are currently scheduled to appear before the court for sentencing on November 21, 2008.

2. Federal Public Defender Barry Portman will be replacing Assistant Federal Public Defender Eric Matthew Hairston as counsel for Mr. Jones. However, Mr. Portman is unavailable on November 21, 2008.

3. Thus, the parties hereby agree and stipulate that, with leave of the Court, the sentencing in this matter shall be moved from November 21, 2008 to November 14, 2008.

///

///

United States v. Kenyatta Jones  08-0171 MAG
Stipulation and Order

1

**IT IS SO STIPULATED**

DATED: August 26, 2008                                   \_\_\_\_\_/s/_____
                                                                              WENDY THOMAS
                                                                              Assistant United States Attorney


DATED: August 26, 2008                                   \_\_\_\_\_/s/_____
                                                                              ERIC MATTHEW HAIRSTON
                                                                              Attorney for Defendant


### [PROPOSED] ORDER

For the foregoing reasons, with the agreement of the parties, and with the consent of the defendant, the Court enters this order changing the sentencing date in this matter from November 21, 2008 to November 14, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**



DATED:_____                         _____
                                                                              THE HON. BERNARD ZIMMERMAN
                                                                              United States Magistrate Judge

United States v. Kenyatta Jones  08-0171 MAG
Stipulation and Order

2