1   BARRY J. PORTMAN
    Federal Public Defender
2   ERIC MATTHEW HAIRSTON
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant Kenyatta Jones
6

7                   IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )      No.  CR 08-0171 MAG
                                       )
11              Plaintiff,             )
                                       )
12      v.                             )      [PROPOSED] ORDER AND
                                       )      STIPULATION CHANGING
13  KENYATTA JONES,                    )      SENTENCING DATE FROM NOVEMBER
                                       )      21, 2008 TO NOVEMBER 14, 2008
14              Defendant.             )
                                       )
15  _____)

16          The undersigned parties stipulate as follows:
17
    1.      The parties are currently scheduled to appear before the court for sentencing on
18
            November 21, 2008.
19
    2.      Federal Public Defender Barry Portman will be replacing Assistant Federal Public
20
            Defender Eric Matthew Hairston as counsel for Mr. Jones.  However, Mr. Portman is
21
            unavailable on November 21, 2008.
22
    3.      Thus, the parties hereby agree and stipulate that, with leave of the Court, the sentencing in
23
            this matter shall be moved from November 21, 2008 to November 14, 2008.
24
    ///
25
    ///
26
    United States v. Kenyatta Jones  08-0171 MAG
    Stipulation and Order
                                        1

1    **IT IS SO STIPULATED**

2    DATED: August 26, 2008                    _____/s/_____
                                              WENDY THOMAS
3                                             Assistant United States Attorney

4

5    DATED: August 26, 2008                    _____/s/_____
                                              ERIC MATTHEW HAIRSTON
6                                             Attorney for Defendant

7

8                              **[PROPOSED] ORDER**

9           For the foregoing reasons, with the agreement of the parties, and with the consent of the

10   defendant, the Court enters this order changing the sentencing date in this matter from November

11   21, 2008 to November 14, 2008 at 10:00 a.m.

12          **IT IS SO ORDERED.**

13

14
     DATED:_____August 26, 2008_____       _____
15                                              THE HON. BERNARD ZIMMERMAN
                                                United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26
     United States v. Kenyatta Jones  08-0171 MAG
     Stipulation and Order
                                        2