1   BARRY J. PORTMAN
    Federal Public Defender
2   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
3   San Francisco, CA 94102
    Telephone:  (415) 436-7700
4
    Counsel for Defendant JONES
5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,       )     No. CR 08-00171 BZ
                                    )
11              Plaintiff,          )
                                    )     [PROPOSED] ORDER RELEASING
12      vs.                         )     DEFENDANT FROM CUSTODY AND
                                    )     ADDING CONDITIONS OF PROBATION
13  KENYATTA  TYLER  JONES,         )
                                    )
14              Defendant.          )
    _____ )
15

16          The Marshal is directed to release the defendant from custody.

17          The defendant is continued on his present term of probation with the addition of the

18  following two conditions: 1) the defendant shall continue to reside at 16610 Foothill, San

19  Leandro, California 94578; and 2) the defendant shall be subject to electronic monitoring under

20  such terms and conditions as the probation officer finds to be reasonable and necessary.

21          The defendant is to appear before this Court at 1:30 p.m. on February 9, 2011, for status.

22          Good cause appearing, IT IS SO ORDERED.

23

24  Dated: December _8_, 2010                _____
                                            BERNARD ZIMMERMAN
25                                          United States Magistrate Judge

26

                                    1